

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00001-CR
_____

EX PARTE MICHAEL SHANE BOHANNON

On Appeal from the 54th District Court
McLennan County, Texas
Trial Court No. 2020-3879-2

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

MEMORANDUM OPINION

Appellant Michael Shane Bohannon has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted: March 31, 2021
Date Decided: April 23, 2021

Do Not Publish